IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Bos, Michael Edward | Case Number: 05 B 12564 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 5/20/08 | Filed: 4/5/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: May 2, 2008
Confirmed: June 30, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 100,645.35 |  |
| Secured: |  | 64,620.23 |
| Unsecured: |  | 20,667.37 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,256.00 |
| Trustee Fee: |  | 4,701.75 |
| Other Funds: |  | 8,400.00 |
| Totals: | 100,645.35 | 100,645.35 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Lawrence E Bromden, Esq | Administrative | 2,256.00 | 2,256.00 |
| 2. | SunTrust Mortgage Corporation | Secured | 46,982.10 | 46,982.10 |
| 3. | Chicago Patrolmen's Fed Credit Union | Secured | 3,342.97 | 3,342.97 |
| 4. | SunTrust Mortgage Corporation | Secured | 14,295.16 | 14,295.16 |
| 5. | Beneficial | Unsecured | 4,912.59 | 4,912.59 |
| 6. | Arrow Financial Services | Unsecured | 5,175.66 | 5,175.66 |
| 7. | Cavalry Portfolio Services | Unsecured | 6,410.30 | 6,410.30 |
| 8. | Chicago Patrolmen's Fed Credit Union | Unsecured | 1,716.60 | 1,716.60 |
| 9. | Peoples Energy Corp | Unsecured | 89.58 | 0.00 |
| 10. | Beneficial | Unsecured | 4,912.59 | 0.00 |
| 11. | Midwest Verizon Wireless | Unsecured | 990.02 | 990.02 |
| 12. | Resurgent Capital Services | Unsecured | 1,462.20 | 1,462.20 |
| 13. | CB USA Sears | Unsecured |  | No Claim Filed |
| 14. | HSBC Bank USA | Unsecured |  | No Claim Filed |
| 15. | HSBC Bank USA | Unsecured |  | No Claim Filed |
| 16. | HSBC Bank USA | Unsecured |  | No Claim Filed |
| 17. | Palos Community Hospital | Unsecured |  | No Claim Filed |
| 18. | MRSI | Unsecured |  | No Claim Filed |
| 19. | National Enterprise System | Unsecured |  | No Claim Filed |
| 20. | MRSI | Unsecured |  | No Claim Filed |
| 21. | Student Loan Marketing Assn | Unsecured |  | No Claim Filed |
| 22. | Unifund Corporation | Unsecured |  | No Claim Filed |
| 23. | Student Loan Servicing Center | Unsecured |  | No Claim Filed |
| 24. | Student Loan Servicing Center | Unsecured |  | No Claim Filed |
| 25. | Student Loan Marketing Assn | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Bos, Michael Edward | Case Number: 05 B 12564 |
|---|---|
|  | Judge: Wedoff, Eugene R |
| Printed: 5/20/08 | Filed: 4/5/05 |

| 26. Palos Community Hospital | Unsecured |  | No Claim Filed |
| 27. Wexler & Wexler | Unsecured |  | No Claim Filed |
|  |  | _____ | _____ |
|  |  | $ 92,545.77 | $ 87,543.60 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 209.99 |
| 5.5% | 1,463.00 |
| 5% | 327.05 |
| 4.8% | 895.66 |
| 5.4% | 1,806.05 |
|  | _____ |
|  | $ 4,701.75 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____